70 P.3d 662

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Milho | 24441 | 05/02/2003 | Affirmed |
| Galdeira v. Claims Management, Inc. | 24395 | 05/06/2003 | Affirmed |
| State v. Tai | 24766 | 05/09/2003 | Affirmed |
| Marn Family Litigation, In re | 24184 | 05/22/2003 | Affirmed |
| Engelking v. Hawaiian Elec. Co., Inc. | 23334 | 05/29/2003 | Vacated and remanded |
| Jou v. Medical Ins. Exchange of California | 24450 | 05/30/2003 | Affirmed |
| State v. Bolo | 24945 | 05/30/2003 | Affirmed |